# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL O. LIVINGSTONE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-0250** |
| | : | |
| **U-HAUL INTERNATIONAL, INC.,** | : | |
| *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 4th day of June, 2021, upon consideration of Plaintiff Michael O. Livingstone's Complaint (ECF No. 2) and his "Expedited Motion to Compel this Court to Process the Delayed Complaint this Week" (ECF No. 7), it is **ORDERED** that:

1. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Livingstone's federal claim is **DISMISSED WITH PREJUDICE** for failure to state a claim; and

    b. Livingstone's state law claims are **DISMISSED WITHOUT PRJEUDICE** for lack of subject matter jurisdiction, and he may pursue these claims in the appropriate state court.

2. Livingstone's Expedited Motion to Compel this Court to Process the Delayed Complaint this Week (ECF No. 7) is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**